UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STELLAR, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-750-SDJ |
| | § | |
| MOTOROLA SOLUTIONS, INC, ET AL. | § | |
| | § | |

**ORDER**

Before the Court is Defendants' Opposed Motion for Stay Pending *Inter Partes* Reviews. (Dkt. #151). Plaintiff Stellar, LLC filed its response on February 21, 2025. (Dkt. #155).

Stellar asserts eight patents in this case. (Dkt. #151 at 9). At this time, the Patent Trial and Appeal Board ("PTAB") has instituted IPRs on four of those patents, which cover ten out of fourteen asserted claims in this case. (Dkt. #151 at 10). The PTAB will decide whether to institute IPRs on the remaining four patents (and therefore the remaining claims) by March 20, 2025. (Dkt. #155 at 5).

Because the Court's stay analysis depends in part on whether some or all asserted claims are subject to IPR proceedings,[1] the Court believes a temporary stay pending the PTAB's remaining institution decisions is appropriate.

It is therefore **ORDERED** that all deadlines and hearings scheduled in this matter are **STAYED** pending further order of the Court.

[1] *See, e.g.*, *NFC Tech. LLC v. HTC Am., Inc.*, No. 13-CV-1058, 2015 WL 1069111, at *2 (E.D. Tex. Mar. 11, 2015).

It is further **ORDERED** that, within one week of the PTAB's IPR decision, the parties will each submit an advisory to the Court, not to exceed five pages, stating their updated positions on whether a stay is warranted in this case. The Court will rule on the current Motion for Stay Pending *Inter Partes* Reviews, (Dkt. #151), only after considering the PTAB's additional institution decisions and the parties' advisories.

**So ORDERED and SIGNED this 24th day of February, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE